DONALD CAIN AND ANTHONY FABRO v.
NEW JERSEY STATE PAROLE BOARD.

May 2, 1978. Petition for certification granted. (See 155 *N. J. Super.* 245)

STATE OF NEW JERSEY v.
LYNDA MUNIZ AND JOSE MUNIZ.

May 2, 1978. Petition for certification denied. (See 150 *N. J. Super.* 436)

IN THE MATTER OF THE APPLICATION OF THE COUNTY OF MONMOUTH v. TO FIX THE COMPENSATION TO BE PAID FOR THE PROPERTY OF SNYDER-WESTERLIND CORPORATION.

May 2, 1978. Petition for certification denied. (See 156 *N. J. Super.* 188)

STATE OF NEW JERSEY v. CHERYL CUNNINGHAM.

May 2, 1978. Petition for certification denied.

STANLEY YOKA v. HAZEL MC GLORY.

May 2, 1978. Petition for certification denied.